The People of the State of New York, Appellant, v. Harry J. Donlon, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event on the ground that the finding of the jury to the effect that the meat in question was not adulterated under the terms of the

statute* was against the weight of the evidence. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

* See Agriculture and Markets Law (Laws of 1922, chap. 48), §§ 39, 199, as amd. by Laws of 1927, chap. 207.— [REP.